UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 51614
  INEZ ZOE ESTERS MCCALL
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
  SSN XXX-XX-0774


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 10/13/05 and confirmed on 06/02/06.

     2.   The case was dismissed after confirmation, 09/14/2007.

     3.   The Debtor paid a total of $  24720.34 .

     4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC MORTGAGE CORP | CURRENT MORTG | 8791.83 | .00 | 8791.83 |
| GMAC MORTGAGE CORP | MORTGAGE ARRE | 3559.25 | .00 | 3559.25 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| DIAMOND QUEST REALTY | SECURED | .00 | .00 | .00 |
| PIERCE & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| EDUCATIONAL FINANCIAL SE | UNSECURED | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1455.71 | .00 | 1139.48 |
| B LINE LLC | UNSECURED | 2985.20 | .00 | 2336.70 |
| ASSET ACCEPTANCE CORP | UNSECURED | 724.62 | .00 | 567.21 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1086.92 | .00 | 850.80 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2296.71 | .00 | 1797.78 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2709.63 | .00 | 2121.00 |
| ALEXANDRA LEWYCKY | ORIGINAL ATTO | 2725.00 | .00 | 2725.00 |

          Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12351.08 | 2725.00 | 11258.79 | .00 | 26334.87 |
| PRINCIPAL PAID | 12351.08 | 2725.00 | 8812.97 | .00 | 23889.05 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 12351.08 | 2725.00 | 8812.97 | .00 | 23889.05 |

The Debtor's attorney, THADDEUS HUNT                    , was allowed $       .00
and was paid $        .00 .

The Trustee received $    831.29 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 12/17/07                        /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                         PAGE  2
     CASE NO. 05 B 51614 INEZ ZOE ESTERS MCCALL
```